In the Matter of the Application of SEARS, ROEBUCK & Co., Petitioner, for an Order against FRANK J. TAYLOR, Comptroller of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Townley, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL FALAGUERRA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

U. S. B. & M. LIQUIDATION CORPORATION, Appellant, v. JAMES M. FRARY and ELIZABETH H. FRARY, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

FRANK ORECKINTA, an Infant, by JEANETTE ORECKINTA, His Guardian ad Litem, and AMERIGO ORECKINTA, Respondents, v. THE GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE CITY OF NEW YORK, Respondent, v. STEERS & MENKE, a Domestic Corporation, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [167 Misc. 566.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS B. GLASS and SOL GLASS, Appellants.— Judgment unanimously reversed and the information dismissed, on the authority of *People* v. *Sacks* (276 N. Y. 321). Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SPORT-CRAFT, INC., Respondent, v. GARMENT CENTER CAPITOL, INC., Defendant, Appellant, LOUIS ADLER REALTY Co., INC., Impleaded Defendant, Respondent.— Orders and judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [167 Misc. 425.]

In the Matter of the Application of FRANCIS J. DONNELLY, Petitioner, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ZIMMERMAN & ANTINE DRESS Co., INC., Respondent, v. MEYER MANTEL and KASCO DRESS Co., INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

HARRY HANDSCHU, Appellant, v. SAMUEL WOHL, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.